UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIN SHERMAN, et al.,<br><br>    Defendants. | Case No. 18-07620 BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**<br><br>(Docket No. 21) |

Plaintiff, a California inmate at the time of filing this complaint, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against personnel at Napa State Hospital ("NSH"). On March 30, 2020, the Court found the amended complaint, liberally construed, stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 13. Defendants were directed to file a dipositive motion or notice regarding such motion within 90 days of the order. *Id.* at 4. Defendant Ken Maiseld has filed a motion requesting an extension of 90 days to file a motion for summary judgement. Dkt. No. 21. The Court notes that Defendant has only recently received notice of this action, and filed a waiver of service on July 22, 2020. Dkt. No. 18.

Having shown good cause, Defendant's motion is **GRANTED**. Defendant shall

file a motion for summary judgment **no later than September 27, 2020,** which is an extension of 90 days from the original deadline.  Plaintiff's opposition to Defendant's motion shall be filed **no later than twenty-eight (28) days** from the date Defendant's motion is filed.  Defendant shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 21.

**IT IS SO ORDERED.**

Dated:  __August 21, 2020____

*[signature]*
BETH LABSON FREEMAN
United States District Judge