UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>        Defendants. | Case No. 18-07620 BLF (PR)<br><br>**JUDGMENT** |

      The Court has dismissed all claims against Defendant and granted his motion for summary judgment.  Judgment is entered in favor of Defendant.

      The Clerk shall close the file.

      **IT IS SO ORDERED.**

**Dated:  ___June 14, 2021_____**

                                                  BETH LABSON FREEMAN
                                                United States District Judge

Judgment
PRO-SE\BLF\CR.18\07620Silverman_judgment